UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION


Michael J. Hoff, et al.,                                              Case No. 3:26-cv-790

        Plaintiffs,

    v.                                                             ORDER


Supreme Trucking Group, LLC, et al.,

        Defendants.

After filing this action, but before any Defendant responded to the Complaint, Plaintiffs filed a notice seeking to voluntarily dismiss their claims against Defendants Ryder Risk Solutions, LLC[1] and Corporate Creations Network, Inc. without prejudice.  (Doc. No. 3).  In accordance with Plaintiffs' notice, and pursuant to Rule 21 of the Federal Rules of Civil Procedure, Defendants Ryder Risk Solutions, LLC and Corporate Creations Network, Inc. are dismissed as parties to this action without prejudice.  *See, e.g.*, *Bernard v. City of Cleveland*, No. 1:21-CV-1103, 2022 WL 4367655, at *1 (N.D. Ohio Sept. 21, 2022) (finding Rule 21 the proper procedural vehicle to voluntarily dismiss less than an entire action).  Remaining are Plaintiffs' claims against Defendants Supreme Trucking Group, LLC, Candida L. Wright, and Ryder Truck Rental, Inc.


    So Ordered.


                                s/ Jeffrey J. Helmick
                                United States District Judge

---

[1] In Plaintiffs' notice, they seek to dismiss a "Ryder Risk Solutions, *Inc.*"  (Doc. No. 3) (emphasis added).  Because Plaintiffs did not file suit against an entity by this name but did bring claims against a "Ryder Risk Solutions, *LLC*," (*see* Doc. No. 1), I presume this was merely a scrivener's error and that Plaintiffs intended to voluntarily dismiss Defendant Ryder Risk Solutions, *LLC.*